UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In Re:

Michael E. Hedke and
Kiersten M. Hedke

Case No.: 14-01042
Chapter 13 Proceeding
Honorable John T. Gregg

Debtor(s)

## ORDER DISALLOWING CLAIM OF SPARTAN EQUITIES

An objection to claim number 22 of Spartan Equities High Yield Fund I, LLC, having been filed, and it appearing that no response or request for hearing was filed within the time allowed by the Notice and Opportunity to Object, which appears to have been duly served as appears from the Proof of Service heretofore filed, and the Court being fully advised in the premises, Now, Therefore,

IT IS HEREBY ORDERED that the claim number 22 of Spartan Equities be disallowed in its entirety.

**END OF ORDER**

PREPARED BY:
DEBT RELIEF LEGAL CLINIC, PLLC
By: Kristen L. Krol (P55103)
Attorneys for Debtor
4710 W. Saginaw Highway, Suite 7
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com