**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

In Re:

    Michael E. Hedke and                    Case No.: 14-01042
    Kiersten M. Hedke                      Chapter 13
                                                    Honorable John T. Gregg

                       Debtor(s)

## NOTICE AND OPPORTUNITY TO OBJECT

      Notice is hereby given that Debtors, by their attorneys, Debt Relief Legal Clinic, PLLC, filed an Objection to Proof of Claim of Spartan Equities High Yield Fund I, LLC, Claim Number 22, and related papers with the Court seeking an Order to disallow the claim. A copy of the objection accompanies this notice.

      Please note: DEBTORS' OBJECTION TO PROOF OF CLAIM OF SPARTAN EQUITIES, attached hereto, has been filed in the above cause. No hearing will be set before the Court, unless a written objection to this Amendment is timely filed with the Clerk of the Bankruptcy Court. If you have any objection, you have 30 days from the date of service of this notice in which to file such written objection. In the event an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

      If you file a written objection, the _original_ should be sent to: United States Bankruptcy Court, One Division Avenue, NW, Room 200, Grand Rapids, Michigan 49503.

      A copy of any objection shall also be served upon the following:

| | |
|---|---|
| Kristen L. Krol | Barbara P. Foley |
| Debt Relief Legal Clinic, PLLC | Chapter 13 Trustee |
| 4710 W. Saginaw Highway, Suite 7 | 425 W. Michigan Avenue |
| Lansing, Michigan 48917-2654 | Kalamazoo, Michigan 49007 |

                                                  DEBT RELIEF LEGAL CLINIC, PLLC

                                                  /s/ Kristen L. Krol
                                                  Kristen L. Krol (P55103)
                                                  Attorneys for Debtor(s)
                                                  4710 W. Saginaw Highway, Suite 7
                                                  Lansing, Michigan 48917-2654
                                                  517-321-6804 ♦ debtrlc@drlc.com

Date Notice Served: July 30, 2014