**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

In re:

      **Michael E. Hedke and**
      **Kiersten M. Hedke,**
           **Debtors.**    /

Case No: 14-02042
Chapter 13
Hon. John T. Gregg

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Debtors' Objection to Claim of Spartan Equities** was electronically served upon Barbara P. Foley, Chapter 13 Trustee on the 30th day of July, 2014, and same was served upon the following party by regular first class mail, postage prepaid on the 31st day of July, 2014.

Spartan Equities High Yield Fund 1, LLC
C/O LenderLive Network, Inc.
710 S. Ash Street, Ste. 200
Glendale, CO 80246

I DECLARE THAT THE STATEMENT ABOVE IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

                                              /s/ Deborah A. Adkins
                                              Deborah A. Adkins

PREPARED BY:

DEBT RELIEF LEGAL CLINIC, PLLC
By: Kristen L. Krol (P55103)
Attorneys for Debtor
4710 W. Saginaw Ste 7
Lansing, MI  48917
517.321.6804
debtrlc@drlc.com